USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                 :
JOHN LAUREANO,            :
                 :
            Plaintiff,            :            1:21-cv-8340-GHW
                 :
        -against-            :            <u>ORDER</u>
                 :
ART OF SZECHUAN INC., a New York            :
corporation, d/b/a CHINA JADE SZECHUAN            :
CHILI HOUSE, and J.F.K. CORPORATION, a            :
New York corporation,            :
                 :
            Defendants.            :
                 :
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        Plaintiff's request to adjourn the initial pre-trial conference currently scheduled for January 19, 2022, Dkt. No. 12, is granted.  The initial pre-trial conference is rescheduled to March 2, 2022 at 4:30 p.m.  The deadline to submit the joint status letter and proposed case management plan is February 23, 2022.  The conference will take place via teleconference.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) or the Court's Emergency Rules.

        SO ORDERED.

Dated:  January 13, 2022
New York, New York
                                                       GREGORY H. WOODS
                                                United States District Judge