# THE WEITZ LAW FIRM, P.A.

**MEMORANDUM ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2022
```

February 28, 2022

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

Re:   Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
      Case 1:21-cv-08340-GHW

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 2, 2022, at 4:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 9 & D.E. 10]. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to the corporate address in order to facilitate contact from Defendants in the event the service through the Department of State was ineffectual, as their service is via Certified Mail. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160

Plaintiff's request to adjourn the initial pre-trial conference is granted. The initial pre-trial conference scheduled for March 2, 2022 is adjourned to April 1, 2022 at 4:30 p.m. The joint status update and proposed case management plan described in the Court's October 12, 2021 order are due no later than March 25, 2022.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 19.

SO ORDERED.

Dated:   March 1, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge