# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022
```

March 29, 2022

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

Re:   Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
      Case 1:21-cv-08340-GHW

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for April 1, 2022, at 4:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 9 & D.E. 10]. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location by courier, and likewise by Federal Express correspondence to the corporate addresses in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of the Conference to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

---

Plaintiff's request to adjourn the initial pre-trial conference is granted. The initial pre-trial conference is adjourned to May 6, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than April 29, 2022.

SO ORDERED.

Dated:  March 30, 2022
        New York, New York

_____
GREGORY H. WOODS
United States District Judge