```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED DOC
#: _____ DATE
FILED: 5/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JOHN LAUREANO,                                                 :
                                                               :
                                   Plaintiff,                  :   1:21-cv-8340-GHW
                                                               :
              -against-                                        :   ORDER
                                                               :
ART OF SZECHUAN INC., a New York                               :
corporation, d/b/a CHINA JADE SZECHUAN                         :
CHILI HOUSE, and J.F.K. CORPORATION, a                         :
New York corporation,                                          :
                                                               :
                                   Defendants.                 :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

In the Court's March 30, 2022 order, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 29, 2022. Dkt. No. 23. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than May 4, 2022.

SO ORDERED.

Dated: May 2, 2022
New York, New York                                  _____
                                                          GREGORY H. WOODS
                                                        United States District Judge