# THE WEITZ LAW FIRM, P.A.

**MEMORANDUM ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2022
```

May 2, 2022

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

    Re: Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
      Case 1:21-cv-08340-GHW

Dear Judge Woods:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for May 6, 2022, at 2:00 p.m. in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 9 & D.E. 10]. Because the Secretary of State serves through certified mail, the undersigned counsel has re-served the Defendants through an independent process server, in the event the service by certified mail was ineffectual. Therefore, As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of the Conference to a date most convenient to this Honorable Court.

  Thank you for your consideration of this third adjournment request.

                Sincerely,

                By: /S/   B. Bradley Weitz
                B. Bradley Weitz, Esq. (BW9365)
                THE WEITZ LAW FIRM, P.A.
                Attorney for Plaintiff
                Bank of America Building
                18305 Biscayne Blvd., Suite 214
                Aventura, Florida 33160
                Telephone: (305) 949-7777
                Facsimile:  (305) 704-3877
                Email: bbw@weitzfirm.com

---

Plaintiff's request to adjourn the initial pre-trial conference currently scheduled for May 6, 2022 is granted.  The initial pre-trial conference is adjourned to June 15, 2022 at 3:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than June 8, 2022.

The Clerk of Court is directed to terminate the motion at Dkt. No. 25.

SO ORDERED.

Dated:  May 2, 2022
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge