```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
JOHN LAUREANO,                                                    :
                                                                  :
                                        Plaintiff,                :      1:21-cv-8340-GHW
                                                                  :
                -against-                                         :      ORDER
                                                                  :
ART OF SZECHUAN INC., a New York                                  :
corporation, d/b/a CHINA JADE SZECHUAN                            :
CHILI HOUSE, and J.F.K. CORPORATION, a                            :
New York corporation,                                             :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The initial pre-trial conference scheduled for July 29, 2022 is adjourned to August 9, 2022 at 3:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules  The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than August 2, 2022.

       SO ORDERED.

Dated:  June 12, 2022
New York, New York

                                                                    _____
                                                                       GREGORY H. WOODS
                                                                   United States District Judge