```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOHN LAUREANO,                                                   :
                                                                 :
                                    Plaintiff,                   :   1:21-cv-8340-GHW
                                                                 :
             -against-                                           :   ORDER
                                                                 :
ART OF SZECHUAN INC., a New York                                 :
corporation, d/b/a CHINA JADE SZECHUAN                           :
CHILI HOUSE, and J.F.K. CORPORATION, a                           :
New York corporation,                                            :
                                                                 :
                                    Defendants.                  :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2022

GREGORY H. WOODS, District Judge:

In the order rescheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than August 2, 2022.  Dkt. No. 630  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than August 8, 2022.

SO ORDERED.

Dated:  August 3, 2022
New York, New York                         _____
                                                GREGORY H. WOODS
                                              United States District Judge