```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JOHN LAUREANO,                                                 :
:
                       Plaintiff,                 :    1:21-cv-8340-GHW
:
       -against-                                              :    ORDER
:
ART OF SZECHUAN INC., a New York                               :
corporation, d/b/a CHINA JADE SZECHUAN                         :
CHILI HOUSE, and J.F.K. CORPORATION, a                         :
New York corporation,                                          :
:
                       Defendants.                :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The initial pre-trial conference scheduled for August 9, 2022 is adjourned to September 13, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules  The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than August September 6, 2022.

       SO ORDERED.

Dated:  August 8, 2022
New York, New York                                 _____
                                                       GREGORY H. WOODS
                                                  United States District Judge