```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                     :
JOHN LAUREANO,                                     :

                                   Plaintiff,     :            1:21-cv-8340-GHW
                                                     :
               -against-                               :                   <u>ORDER</u>
                                                     :
ART OF SZECHUAN INC., a New York        :
corporation, d/b/a CHINA JADE SZECHUAN
CHILI HOUSE, and J.F.K. CORPORATION, a  :
New York corporation,                             :
                                                     :
                                     Defendants.   :
                                                      :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The initial pre-trial conference scheduled for September 13, 2022 is adjourned to October 26, 2022 at 3:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than October 19, 2022.

       The Plaintiff is directed to serve the Court's order on the Defendants and to retain proof of service.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

       SO ORDERED.

Dated:  September 7, 2022  
New York, New York                                          _____  
                                                                             GREGORY H. WOODS  
                                                                       United States District Judge