UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2022

------------------------------------------------------------------ X

JOHN LAUREANO,                               :
                                             :
                              Plaintiff,     :          1:21-cv-8340-GHW
                                             :
              -against-                       :          ORDER
                                             :
ART OF SZECHUAN INC., a New York             :
corporation, d/b/a CHINA JADE SZECHUAN       :
CHILI HOUSE, and J.F.K. CORPORATION, a       :
New York corporation,                        :
                                             :
                              Defendants.     :
                                             :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than October 19, 2022.  Dkt. No. 36.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than October 21, 2022.

The Plaintiff is directed to serve the Court's order on the Defendants and to retain or file proof of service.

SO ORDERED.

Dated:  October 20, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge