UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

JOHN LAUREANO,                                       :
                                                     :
                                    Plaintiff,       :
                                                     :
                  -against-                          :
                                                     :
ART OF SZECHUAN INC., a New York                     :
corporation, d/b/a CHINA JADE SZECHUAN               :
CHILI HOUSE, and J.F.K. CORPORATION, a               :
New York corporation,                                :
                                                     :
                                    Defendants.      :
                                                     :
--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2022

1:21-cv-8340-GHW

ORDER

GREGORY H. WOODS, District Judge:

The initial pre-trial conference scheduled for October 26, 2022 is adjourned to December 8, 2022 at 4:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than December 1, 2022.

The Plaintiff is directed to serve the Court's order on the Defendants and to retain or file proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 38.

SO ORDERED.

Dated:  October 24, 2022
New York, New York
_____
GREGORY H. WOODS
United States District Judge