USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
JOHN LAUREANO, :
　:
　　　　　　　　　　　　Plaintiff, :　　　　1:21-cv-8340-GHW
　:
　　　　　-against- :　　　　ORDER
　:
ART OF SZECHUAN INC., a New York :
corporation, d/b/a CHINA JADE SZECHUAN :
CHILI HOUSE, and J.F.K. CORPORATION, a :
New York corporation, :
　:
　　　　　　　　　　　　Defendants. :
　:
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than December 1, 2022. Dkt. No. 39. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than December 7, 2022.

　　　SO ORDERED.

Dated: December 5, 2022
New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　United States District Judge