**MEMORANDUM ENDORSED**

# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 6, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2022
```

<u>VIA CM/ECF</u>
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

        Re:    Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
               Case 1:21-cv-08340-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 26, 2022, at 3:00 p.m. in your Honor's Courtroom. However, Defendants have not yet appeared in this matter. As previously stated, Landlord/Defendant, J.F.K. Corporation, has not been locatable, due to a now invalid address with the Department of State, Division of Corporations. We have written to the previous agent, who we served, several times for him to provide any forwarding address or information on J.F.K. Corporation, but he is not cooperating, nor following up with our correspondence or requests at this time. Though he accepted service, he states he is no longer J.F.K. Corporation's agent and is not providing any information on the company we have solicited.

      We hired an outside source to locate an address for the same agent to correspond with him at his home address, have sent him correspondence at that address and await his response. In order to afford additional time for the Defendants to formally appear and in order to locate a serviceable address for the Landlord/Defendant J.F.K. Corporation, the undersigned hereby respectfully requests a 30-day adjournment of the Conference to a date most convenient to this Honorable Court.

      Thank you for your consideration of this seventh adjournment request.

                                   Sincerely,

                                    By: /S/   B. Bradley Weitz
                                        B. Bradley Weitz, Esq. (BW9365)
                                        THE WEITZ LAW FIRM, P.A.
                                        Attorney for Plaintiff
                                        Bank of America Building
                                        18305 Biscayne Blvd., Suite 214
                                        Aventura, Florida 33160
                                        Tel: (305) 949-7777/Fax: (305) 704-3877
                                        Email: bbw@weitzfirm.com

---

Application granted. The initial pre-trial conference scheduled for December 8, 2022 is adjourned to February 8, 2023 at 3:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than February 1, 2023. The Plaintiff is directed to serve the Court's order on the Defendants and to retain or file proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.

SO ORDERED.

Dated: December 7, 2022
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge