USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                       :
JOHN LAUREANO,                           :
                                                       :
                                            Plaintiff,      :             1:21-cv-8340-GHW
                                                       :
                 -against-                      :                    <u>ORDER</u>
                                                       :
ART OF SZECHUAN INC., a New York        :
corporation, d/b/a CHINA JADE SZECHUAN
CHILI HOUSE, and J.F.K. CORPORATION, a   :
New York corporation,                       
                                                       :
                                           Defendants.    :
                                                       :
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        The initial pre-trial conference scheduled for February 8, 2023 is adjourned to March 21, 2023 at 4:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than March 14, 2023.

        The Plaintiff is directed to serve the Court's order on the Defendants and to retain proof of service.

        The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

        SO ORDERED.

Dated: February 6, 2023
New York, New York

                                                 GREGORY H. WOODS
                                               United States District Judge