```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JOHN LAUREANO,                                                 :
:
                              Plaintiff,    :       1:21-cv-8340-GHW
:
             -against-                                     :       ORDER
:
ART OF SZECHUAN INC., a New York                               :
corporation, d/b/a CHINA JADE SZECHUAN                         :
CHILI HOUSE, and J.F.K. CORPORATION, a                         :
New York corporation,                                          :
:
                            Defendants.   :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        The initial pre-trial conference scheduled for June 15, 2023 is adjourned to July 28, 2023 at 3:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules. The joint status letter and proposed case management plan and scheduling order described in the Court's October 12, 2021 order are due no later than July 21, 2023.

        The Plaintiff is directed to serve the Court's order on the Defendants and to retain proof of service.

        The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.

        SO ORDERED.

Dated:  June 9, 2023
New York, New York
                                                                          GREGORY H. WOODS
                                                                   United States District Judge