USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023

# THE WEITZ LAW FIRM, P.A.

September 15, 2023

**MEMORANDUM ENDORSED**

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York                              Bank of America Building
500 Pearl Street - Courtroom 12C                      18305 Biscayne Blvd., Suite 214
New York, NY 10007                                             Aventura, Florida 33160

      **Re:**    Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
               Case 1:21-cv-08340-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      Per Order [D.E. 61], Plaintiff is ordered to Show Cause by September 15, 2023 as to why this action should not be dismissed against Defendant Art of Szechuan Inc. for failure to serve process in the time allotted.

      The Complaint in this matter was filed on October 8, 2021 [D.E. 1]. The Initial service was done for Art of Szechuan Inc. on October 29, 2023, and the Affidavit of Service was filed [D.E. 10]. The undersigned sent the Complaint and Summons to be served by personal service to the corporation in July 19, 2023, and it was found that the address of the corporation and the d/b/a had moved, therefore it could not be served. An investigation was then commenced for the principal of the corporation. The investigation is still ongoing for a residential address for him. Nonetheless, another investigation and search was initiated for any current address where service could be made. After a preliminary search a new address was identified where service could be made for Art of Szechuan Inc. Service was sent to the new address, and we await the service to be completed.

      Due to the above-stated reasons, the undersigned, therefore, respectfully requests a 30-day extension in order to have service completed and the affidavit of service filed. Thank you for your attention to this matter.

      Sincerely,

      By: /S/   B. Bradley Weitz
                   B. Bradley Weitz, Esq. (BW9365)
                   THE WEITZ LAW FIRM, P.A.
                   Attorney for Plaintiff
                   18305 Biscayne Blvd., Suite 214
                   Aventura, Florida 33160
                   Tel: (305) 949-7777/Fax: (305) 704-3877
                   Email: bbw@weitzfirm.com

Application granted. Plaintiff must complete service and file the affidavit of service by no later than October 15, 2023. Plaintiff should not expect any further extensions for service of process. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 59, which was resolved by the Court's September 8, 2023 order, Dkt. No. 61.

SO ORDERED.

Dated: September 15, 2023
New York, New York

                   _____
                   GREGORY H. WOODS
                   United States District Judge