UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOHN LAUREANO,                                          :
                                                        :
                                    Plaintiff,          :
                                                        :          1:21-cv-8340-GHW
                    -against-                           :
                                                        :          ORDER
ART OF SZECHUAN INC., *a New York*                      :
*corporation doing business as China Jade Szechuan Chili* :
*House*, and J.F.K. CORPORATION, *a New York*           :
*corporation*,                                          :
                                                        :
                                    Defendants.  :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023

GREGORY H. WOODS, United States District Judge:

In the Court's order dated September 8, 2023, Dkt. No. 61, the Court adjourned the initial

pretrial conference to October 19, 2023.  In the Court's order dated October 12, 2021, the Court

directed the parties to submit a joint status letter and proposed case management plan to the Court

no later than one week before the initial pretrial conference.  Dkt. No. 7.  The Court has not

received the joint status letter and proposed case management plan.  The parties are directed to

comply with the Court's October 12, 2021 order forthwith and in any event no later than October

16, 2023.

SO ORDERED.

Dated:  October 13, 2023
New York, New York                                  _____
                                                         GREGORY H. WOODS
                                                      United States District Judge