```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

# THE WEITZ LAW FIRM, P.A.

October 16, 2023                                                    **MEMORANDUM ENDORSED**

**VIA CM/ECF**                                                           Bank of America Building
Honorable Judge Gregory H. Woods                              18305 Biscayne Blvd., Suite 214
United States District Court                                              Aventura, Florida 33160
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

      **Re:**    Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
              Case 1:21-cv-08340-GHW

Dear Judge Woods:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pre-Trial Conference in this matter is currently scheduled for October 19, 2023 at 2:00 p.m. in your Honor's Courtroom. The Case Management Plan and Joint Status Letter are currently due. At present, Defendants have not appeared in this matter. Plaintiff has personally re-served the Defendants the Complaint and Summons. As stated previously, J.F.K. Corporation was served. Art of Szechuan Inc. is no longer at the business location in which it was previously, and we had trouble finding a new address for the corporation or the principal. Investigation has been done and another address was found for a business location, to serve the Complaint, which bears the same corporate name and whose principal is the same. We served this location for Art of Szechuan Inc. and await their response. See attached Affidavit of Service. Correspondence will also be sent out to the Defendants with a courtesy copy of the Complaint and Summons.

    Due to the above reasons, the undersigned respectfully, the undersigned respectfully requests a 45-day adjournment of this Conference to a date most convenient to this Court. Notice is given to this Court that this is Plaintiff's fourteenth adjournment. Thank you for your attention to this matter.

                                                               Sincerely,

                                                     By: /S/  B. Bradley Weitz
                                                     B. Bradley Weitz, Esq. (BW9365)
                                                     THE WEITZ LAW FIRM, P.A.
                                                     Attorney for Plaintiff
                                                     Bank of America Building
                                                     18305 Biscayne Blvd., Suite 214
                                                   Aventura, Florida 33160
                                                   Tel: (305) 949-7777/Fax: (305) 704-3877
                                                   Email: bbw@weitzfirm.com

---

Application granted. Plaintiff's October 16, 2023 request to adjourn the initial pretrial conference, Dkt. No. 66, is granted. The initial pretrial conference scheduled for October 19, 2023 is adjourned to December 1, 2023 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's October 12, 2021 order are due no later than November 24, 2023. Plaintiff is directed to serve this order on Defendants. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

SO ORDERED.

Dated: October 17, 2023
New York, New York

                  _/s/ Gregory H. Woods_
                  GREGORY H. WOODS
                  United States District Judge