USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN LAUREANO,

                         Plaintiff,

       -against-

ART OF SZECHUAN INC., *a New York corporation doing business as China Jade Szechuan Chili House*, and J.F.K. CORPORATION, *a New York corporation*,

                        Defendants.
-----------------------------------------------------------------X

1:21-cv-8340-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Due to the Court's trial calendar, the initial pretrial conference scheduled for December 1, 2023 is adjourned to December 8, 2023 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's December 12, 2021 order are due no later than December 1, 2023.

    SO ORDERED.

Dated: November 2, 2023
New York, New York

                                                     _____
                                                     GREGORY H. WOODS
                                                     United States District Judge