# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2023

November 24, 2023

**MEMORANDUM ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

Re:  Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
     Case 1:21-cv-08340-GHW

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pre-Trial Conference in this matter is currently scheduled for December 1, 2023 at 4:00 p.m. in your Honor's Courtroom. The Case Management Plan and Joint Status Letter are currently due. At present, Defendants have not appeared in this matter. We have now personally re-served the Defendants and will be sending correspondence to same to solicit their appearance and at present await their response.

Due to the above reasons, the undersigned respectfully, the undersigned respectfully requests a 45-day adjournment of this Conference to a date most convenient to this Court. Notice is given to this Court that this is Plaintiff's fifteenth adjournment. Thank you for your attention to this matter.

Sincerely,

By: /S/   B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel: (305) 949-7777/Fax: (305) 704-3877
Email: bbw@weitzfirm.com

---

Application granted. The initial pretrial conference scheduled for December 8, 2023 is adjourned to February 29, 2024 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's October 12, 2021 order are due no later than February 22, 2024. The parties should not expect any further extensions of this conference and the associated deadlines. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.

SO ORDERED.

Dated: November 24, 2023

_____
GREGORY H. WOODS
United States District Judge