Case 1:21-cv-08340-GHW   Document 71   Filed 02/23/24   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN LAUREANO,

        Plaintiff,

    -against-

ART OF SZECHUAN INC., *a New York corporation doing business as China Jade Szechuan Chili House*, and J.F.K. CORPORATION, *a New York corporation*,

        Defendants.
-----------------------------------------------------------------X

1:21-cv-8340-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  In the Court's order dated November 24, 2023, Dkt. No. 70, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than February 22, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's November 24, 2023 order forthwith and in any event no later than February 26, 2024.

  SO ORDERED.

Dated: February 23, 2024
New York, New York

                GREGORY H. WOODS
               United States District Judge