# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 23, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2024
```

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

**MEMORANDUM ENDORSED**

      Re:    Laureano v. Art of Szechuan Inc., d/b/a China Jade Szechuan Chili House, et al.
             Case 1:21-cv-08340-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      The Initial Pretrial Conference in this matter is currently scheduled for February 29, 2024 at 3:00 p.m. in your Honor's Courtroom. The Case Management Plan and Joint Status Letter are currently due. At present, Defendants have not appeared in this matter. We have personally re-served the Defendants and have sent correspondence along with a courtesy copy of the Complaint and Summons to the Defendants, and to a new location for the Tenant in order to solicit their appearance and at present await their response.

      Due to the above reasons, the undersigned respectfully, the undersigned respectfully requests a 45-day adjournment of this Conference to a date most convenient to this Court. Notice is given to this Court that this is Plaintiff's sixteenth adjournment. Thank you for your attention to this matter.

      Sincerely,

      By: /S/   B. Bradley Weitz
          B. Bradley Weitz, Esq. (BW9365)
          THE WEITZ LAW FIRM, P.A.
          Attorney for Plaintiff
          Bank of America Building
          18305 Biscayne Blvd., Suite 214
          Aventura, Florida 33160
          Tel: (305) 949-7777/Fax: (305) 704-3877
          Email: bbw@weitzfirm.com

---

Application denied. This case has been pending since October 2021. As the Court stated in its November 24, 2023 order, "[t]he parties should not expect any further extensions of this conference and the associated deadlines." Dkt. No. 70. The conference scheduled for February 29, 2024 shall proceed as scheduled if the case has not been dismissed prior to that date.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 72.

SO ORDERED.

Dated: February 23, 2024
New York, New York

                        _____
                        GREGORY H. WOODS
                        United States District Judge