USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN LAUREANO,                                          :
                                                        :
                                    Plaintiff,          :
                                                        :            1:21-cv-8340-GHW
                    -against-                            :
                                                        :            ORDER
ART OF SZECHUAN INC., *a New York*                      :
*corporation doing business as China Jade Szechuan Chili* :
*House*, and J.F.K. CORPORATION, *a New York*           :
*corporation*,                                          :
                                                        :
                                    Defendants.         :
                                                        :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The complaint in this case was filed on October 8, 2021. Dkt. No. 1. The Court held an

initial pretrial conference on February 29, 2024, after sixteen prior adjournments. *See* Dkt. Nos. 13,

20, 23, 26, 29, 33, 36, 39, 43, 46, 48, 50, 52, 58, 67, 70. Neither defendant, nor any representative of

either defendant, appeared at the February 29, 2024 conference.

Unless this case is voluntarily dismissed, the Court expects Plaintiff to file any application

requesting an order to show cause for why default judgment should not be granted by no later than

March 15, 2024. Any such application must comply fully with the Court's Individual Rules of

Practice in Civil Cases, including the procedure laid out in Attachment A to the Court's rules. For

example, any application for default judgment must include the appropriate affidavits and a

memorandum of law, among other things. To the extent that Plaintiff intends to seek injunctive

relief, Plaintiff must prove that the relief requested is "consistent with the ADA's requirement that

injunctive relief ordered pursuant to the statute be 'readily achievable.'" *See Kirkpatrick B. Dunbar v.*

*Buddha Bodai Two Kosher Vegetarian Restaurant, Inc. & Bak Lee Tat International, Inc.*, No. 1:19-CV-

05176-GHW, 2020 WL 12863802, at \*1 (S.D.N.Y. Nov. 24, 2020).

      SO ORDERED.

Dated:  February 29, 2024  
New York, New York

                                          GREGORY H. WOODS  
                               United States District Judge