```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 JOHN LAUREANO,                                                  :
                                                                 :
                                      Plaintiff,                 :
                                                                 :          1:21-cv-8340-GHW
                  -against-                                      :
                                                                 :               ORDER
 ART OF SZECHUAN INC., *a New York*                              :
 *corporation doing business as China Jade Szechuan Chili*       :
 *House*, and J.F.K. CORPORATION, *a New York*                   :
 *corporation*,                                                  :
                                                                 :
                                      Defendants.                :
                                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On March 18, 2024, the Court granted Plaintiff an extension to "file any application requesting an order to show cause for why default judgment should not be granted by no later than March 29, 2024, unless this case is voluntarily dismissed by that date." Dkt. No. 79. The Court had previously stated that "[a]ny such application must comply fully with the Court's Individual Rules of Practice in Civil Cases, including the procedure laid out in Attachment A to the Court's rules. For example, any application for default judgment must include the appropriate affidavits and a memorandum of law, among other things." Dkt. No. 77 at 1.

On March 31, 2024, Plaintiff filed two proposed clerk's certificates of default accompanied by two declarations, one for each Defendant. Dkt. Nos. 80–83. Plaintiff did not file a proposed order to show cause for why default judgment should not be granted, nor did Plaintiff comply with the Court's Individual Rules of Practice in Civil Cases regarding applications for default judgment.

Plaintiff is directed to file any application requesting an order to show cause for why default judgment should not be granted by no later than April 5, 2024, in full compliance with the Court's Individual Rules, unless this case is voluntarily dismissed by that date. If Plaintiff fails to do so, the

Court expects to issue an order to show cause for why this case should not be dismissed for failure to prosecute.

    SO ORDERED.

Dated: April 1, 2024
New York, New York

                            GREGORY H. WOODS
                       United States District Judge

2